IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 09-00327-01-CR-W-NKL |
| v. | ) | |
| | ) | |
| JEROBA K. WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:

On or about May 25, 2009, defendant Jeroba Wright, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a firearm, to wit, a Miroku, .38 caliber revolver.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Bruce Clark and Brian Casey
      Case Agent: Special Agent Steve Lester of ATF
      Defense: Steve Moss

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
      Government: 5 with stipulations
      Defendants: less than 5 witnesses; the defendant may testify

**TRIAL EXHIBITS:**
      Government: 6 exhibits
      Defendant: Less than 10 exhibits or less

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
      ( **X** ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:** 2 days
    Government's case including jury selection: 1 day
    Defense case: ½ day

**STIPULATIONS**: The parties have worked out stipulations concerning the defendant's prior convictions and the interstate nexus of the firearm.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**
    **Witness and Exhibit List**
    Government: Have been filed
    Defense: To be filed by May 11, 1020
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday,** June 2, 2010
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** The parties do not anticipate filing motions in limine. However, if counsel decide to file such motions the deadline is May 21, 2010, with oppositions by May 28, 2010.

**TRIAL SETTING**: Criminal jury trial docket commencing June 7, 2010
    **Please note:** Parties prefer the first week of the docket as the defense investigator is unavailable during the second week of the docket.

**IT IS SO ORDERED.**

                                            /s/ *Sarah W. Hays*
                                            SARAH W. HAYS
                                UNTIED STATES MAGISTRATE JUDGE